IN THE CIRCUIT COURT
FOR THE 19th JUDICIAL DISTRICT
MONTGOMERY COUNTY, TENNESSEE AT CLARKSVILLE, DIVISION II

STATE OF TENNESSEE - PLAINTIFF          DOCKET; NO. CC24-CR-938

V.

NATASHA DENISE HINTON - DEFENDANT       JUDGE WILLIAM GOODMAN, III

## MOTION TO SUBPOENA DUCES TECUM

I THE DEFENDANT NATASHA DENISE HINTON, IS USING THE SUBPOENA DUCES TECUM, A WRIT COMMANDING THE STATE OF TENNESSEE, DISTRICT ATTORNEY GENERAL, AND DISTRICT ATTORNEY MARY C. O'CONNER TO PRODUCE IN COURT THE CERTAIN DESIGNATED DOCUMENTS AND DISCOVERY EVIDENCE IN THE DEFENDANT NATASHA DENISE HINTON'S CASE.

1) I DEMAND THE STATE OF TENNESSEE TO PRODUCE THE TRANSCRIPT FROM MAY 25, 2023 FROM BUILDING AND CODES COURT THAT WAS TALKED ABOUT IN THE VICTIMS AFFIDAVIT COMPLAINT, WITH THE AUDIOVISUAL RECORDING FROM THE HEARING.

2) I DEMAND THE STATE OF TENNESSEE TO PRODUCE THE ARCHITECT PLANS TO THE BUILDING LOCATED AT 1493 MADISON STREET, CLARKSVILLE, TENNESSEE 37040, THAT WAS PROVIDED BY ANDY SHARE & ASSOCIATES, INC. AIA; ON OR BETWEEN DECEMBER 14, 2022 TO DECEMBER 20, 2022. THAT WILL SHOW IF THE BUILDING WAS APPROVED TO HAVE AN ASSEMBLY USED BUSINESS AT THAT LOCATION THAT STATED IN THE VICTIMS AFFIDAVIT COMPLAINT.

3) I DEMAND THE STATE OF TENNESSEE TO PRODUCE THE OCCUPANCY LOAD FOR THE BUILDING LOCATED AT 1493 MADISON STREET, CLARKSVILLE, TENNESSEE 37040, THAT WAS PROVIDED BY THE CITY OF CLARKSVILLE FIRE DEPARTMENT WITH THE APPROVAL OF 240 OCCUPANTS TO ENTER THE BUILDING AT ONE TIME, THAT WAS GIVING ON OR BETWEEN DECEMBER 14, 2022 TO DECEMBER 20, 2022. THE VICTIMS AFFIDAVIT COMPLAINT STATED THERE WAS 150 OCCUPANTS IN THE BUILDING AT ONCE. CIRCUMSTANTIAL EVIDENCE, IN THE AFFIDAVIT COMPLAINT.

4) I DEMAND THE STATE OF TENNESSEE TO PRODUCE THE REPORT FROM THE CITY OF CLARKSVILLE FIRE DEPARTMENT, ON OCTOBER 14, 2023 BETWEEN 7:00 P.M. TO 11:00 P.M., WHEN THEY WERE CALLED OUT TO A POSSIBLE FIRE BECAUSE OF THE FIRE ALARM GOING OFF AT THE BUILDING, LOCATED AT 1493 MADISON STREET, CLARKSVILLE, TENNESSEE 37040. CIRCUMSTANTIAL EVIDENCE IS IN THE VICTIMS AFFIDAVIT COMPLAINT ABOUT THIS PARTICULAR EVENT.

5) I DEMAND THE STATE OF TENNESSEE TO PRODUCE ALL THE NAMES OF THE FIREFIGHTERS, WHO WENT TO THE FIRE ALARM CALL ON OCTOBER 14, 2023 ON BOTH CALLS. CIRCUMSTANTIAL EVIDENCE IS IN THE VICTIMS AFFIDAVIT COMPLAINT.

6) I DEMAND THE STATE OF TENNESSEE TO PRODUCE ALL OF THE FIRE FIREFIGHTERS NAMES WHO ENTERED THE BACK DOOR OF THE BUILDING LOCATED AT 1493 MADISON STREET, CLARKSVILLE, TENNESSEE 37040, ON OCTOBER 14, 2023, WHO LOOKED AT THE FIRE ALARM BOX, THAT WAS ALLOWED BY ONE OF THE MEMBERS, WHEN ASKED. CIRCUMSTANTIAL EVIDENCE IS IN THE VICTIMS AFFIDAVIT COMPLAINT.

7) I DEMAND THE STATE OF TENNESSEE TO PRODUCE THE DISCOURSE ANALYSIS, AND FACTOR ANALYSIS THAT DEEMED 1493 MADISON STREET TO BECOME UNSAFE FAR AS THE STRUCTURE OF THE BUILDING, BEING UNSAFE, AND NOT FIT FOR BUSINESSES OR OCCUPANTS TO ENTER IN THE BUILDING WITH THE UNSAFE STRUCTURED BUILDING. CIRCUMSTANTIAL EVIDENCE IS IN THE VICTIMS AFFIDAVIT COMPLAINT, AS WELL AS THE DEFENDANT'S DISCOVERY.

8) I DEMAND THE STATE OF TENNESSEE TO PRODUCE THE TOUR OF INSPECTION REPORT, DATE, AND TIME OF WHEN THE INSPECTOR WENT IN THE BUILDING LOCATED AT 1493 MADISON STREET, CLARKSVILLE, TENNESSEE 37040, TO INSPECT THE BUILDING, AND I DEMAND THE NAME OF THE INSPECTOR WHO DID THE INSPECTION. CIRCUMSTANTIAL EVIDENCE IS IN THE VICTIMS AFFIDAVIT COMPLAINT, AS WELL AS THE DEFENDANT'S DISCOVERY.

9) I DEMAND THE STATE OF TENNESSEE TO PRODUCE THE NAME OF THE PERSON WHO AUTHORIZED THE BUILDING LOCATED AT 1493 MADISON STREET, CLARKSVILLE, TENNESSEE 37040 TO BE INSPECTED, THAT PROVED THE BUILDING TO BE UNSAFE TO USE BECAUSE OF THE BUILING STRUCTURE. CIRCUMSTANTIAL EVIDENCE IS IN THE VICTIMS AFFIDAVIT COMPLAINT, AS WELL AS THE DEFENDANT'S DISCOVERY.

10) I DEMAND THE STATE OF TENNESSEE TO PRODUCE THE EVIDENCE PERTAINING TO BOB KENDRICK'S STATEMENT IN THE DISCOVERY STATING THE DEFENDANT WAS NOT SUPPOSE TO RENT THE BUILDING OUT BECAUSE SHE HAS A CIVIL ACTION WITH THE LANDLORD. CIRCUMSTANTIAL EVIDENCE IS IN THE VICTIMS AFFIDAVIT COMPLAINT, AS WELL AS THE DEFENDANT'S DISCOVERY. ROB KENDRICK WORKS FOR THE CITY OF CLARKSVILLE BUILDING AND CODES.

11) I DEMAND THE STATE OF TENNESSEE TO PRODUCE THE FULL DISCOVERY PACK THAT WAS PROVIDED TO CRYSTAL MYERS-LEWIS FOR THE DEFENTDANT NATASHA DENISE HINTON. IN THE DISCOVERY IT HAS 111 PAGES FRONT AND BACK.

12) I DEMAND THE STATE OF TENNESSEE TO PRODUCE A COPY OF THE VICTIMS SUMMARIES FROM THE POLICE REPORT, THAT WAS SIGNED BY THE VICTIMS.

13) I DEMAND THE STATE OF TENNESSEE TO PRODUCE A COPY OF THE ALLEGED VICTIM CARDASJA V. HOBSON INDICTMENT FOR THEFT OF IDENTITY, THAT IS LISTED IN THE DISCOVERY OF THE DEFENDANT, BUT WAS NOT SERVED AN INDICTMENT FOR THE ALLEGED CRIME, SIGNED BY THE DISTRICT ATTORNEY GENERAL.

14) I DEMAND THE STATE OF TENNESSEE TO PRODUCE A COPY OF THE VICTIM OLIVIA MENDONZA-JUAREZE'S INDICTMENT FOR THEFT OF PROPERTY, THAT IS LISTED ON THE TRUE BILL OF INDICTMENT, AND A COPY OF THE CAPIAS THAT SHOWS THE DEFENDANT HAS BEEN SERVED WITH THE INDICTMENT SIGNED BY THE DISTRICT ATTORNEY GENERAL, AND JUDGE.

15) I DEMAND THE STATE OF TENNESSEE TO PRODUCE A COPY OF THE VICTIM OLIVIA JUAREZE'S INDICTMENT, AND A COPY OF THE CAPIAS THAT SHOWS DEFENDANT HAS BEEN SERVED WITH THE INDICTMENT SIGNED BY THE DISTRICT ATTORNEY GENERAL, AND JUDGE.

16) I DEMAND THE STATE OF TENNESSEE TO PRODUCE A COPY OF THE VICTIM LORETTA FORTE-ROGERS'S INDICTMENT, AND A COPY OF THE CAPIAS THAT SHOWS THE DEFENDANT HAS BEEN SERVED WITH THE INDICTMENT SIGNED BY THE DISTRICT

ATTORNEY GENERAL, AND JUDGE. "THE INDICTMENT NAME IS NATASHIA HINTON D.O.B. 9-6-76."

17) I DEMAND THE STATE OF TENNESSEE TO PRODUCE A COPY OF THE VICTIM JEANETTE STEPHENS'S INDICTMENT, AND A COPY OF THE CAPIAS THAT SHOWS THE DEFENDANT HAS BEEN SERVED WITH THE INDICTMENT SIGNED BY THE DISTRICT ATTORNEY GENERAL, AND JUDGE, WITH THE DEFENDANT SIGNATRUE VERIFYING IT WAS SERVED.

18) I DEMAND THE STATE OF TENNESSEE TO PRODUCE A COPY OF THE VICTIMS COURT MINUTES, T.C.A. 40-13-109 REQUIRING INDICTMENT FOR FELONY OFFENSES TO BE ENTERED INTO THE COURT'S MINUTES WITH THE DISTRICT ATTORNEY GENERAL SIGNATURE. TENN. CONST. ART. VI, §51 T.C.A. 8-7-103(1),(2),(4)

Natasha Denise Hinton
116 Commerce Street
Clarksville, TN. 37040
July 9, 2025
270-498-5222

IN THE CIRCUIT COURT
FOR THE 19th JUDICIAL DISTRICT
MONTGOMERY COUNTY, TENNESSEE AT CLARKSVILLE, DIVISION II

STATE OF TENNESSEE-PLAINTIFF        DOCKET NO. CC24-CR-938

V.

NATASHA DENISE HINTON-DEFENDANT     JUDGE WILLIAM GOODMAN, III

## MOTION TO ENTER EVIDENCE

* I DEFENDANT NATASHA DENISE HINTON, IS CURRENTLY AT THE MONTGOMERY COUNTY JAIL, LOCATED AT 116 COMMERCE STREET, CLARKSVILLE, TENNESSEE 37040. I HAVE BEEN ACCUSED OF 4 COUNTS OF THEFT OF PROPERTY, AND 3 COUNTS OF THEFT OF PROPERTY THAT WAS A NEW SEALED INDICTMENTS, A TOTAL OF 7 COUNTS OF THEFT OF PROPERTY. I HAVE BEEN INCARCERATED FOR THE ALLEGED CHARGES, SINCE DECEMBER 29, 2023. THE EVIDENCE SUPPORTING MATERIALITY AS THE ALLEGED CHARGES. THEFT OF PROPERTY WAS USED BY FALSE STATEMENTS, THE VICTIMS WENT TO THE ESSENCE OF THE SCHEME TO DEFRAUD, WITH USING PROPAGANDA ABOUT THE DEFENDANT.

* GOVERNMENT HAS FAILED TO SHOW BY CLEAR UNEQUIVOCAL AND CONVINCING EVIDENCE BY THE DISCOVERY EVIDENCE OF A DIRECT FACT THE DEFENDANT STOLEN THE VICTIMS CURRENTCY. THE PRELIMINARY HEARING STATEMENTS, AFFIDAVIT STATEMENTS, AND THE TRUE BILL OF INDICTMENT ARE INCONSISTENT.

* THE THREE (3) NEW SEALED INDICTMENTS DOES NOT CONFORM SUBSTANTIALLY TO THE REQUIREMENTS. TO USE CIRCUMSTANTIAL EVIDENCE THAT IMPLIES ANOTHER, THAT IS NOT DIRECT EVIDENCE TO PROVE A FACT. SUFFICIENT TO MEET THE BURDEN OF PROOF, DIRECT EVIDENCE THAT DIRECTLY PROVES A FACT WITH THE EVIDENCE BY ITSELF.

EVIDENCE: (EXHIBIT-1)-THE ORIGINAL CONTRACTS FROM THE VICTIMS; (EXHIBIT-2)-VIDEO AND AUDIOVISUAL; (EXHIBIT-3) VIDEO FOOTAGE; (EXHIBIT-4)-AUDIO PHONE CONVERSATION OF THE VICTIMS; (EXHIBIT-5)-EMAIL CONVERSATION WITH THE VICTIMS; (EXHIBIT-6)-AUDIO PHONE CONVERSATION WITH DETECTIVE JASON KURTICH; (EXHIBIT-7)-AUDIO PHONE CONVERSATION WITH THE CLARKSVILLE POLICE ABOUT A BARKING DOG IN THE BUILDING ON 1493 MADISON STREET, CLARKSVILLE, TENNESSEE 37040; (EXHIBIT-8)-PUBLIC ANNOUNCEMENT WARNING THE CITY OF CLARKSVILLE FROM C.P.D.; (EXHIBIT-9)-ARCHITECT PLANS; (EXHIBIT-10)-BUSINESS OCCUPANCY LOAD; (EXHIBIT-11)-INSPECTION REPORT FROM FARMERS, AND AN INDEPENDENT INSPECTOR REPORT OF THE INSPECTION; (EXHIBIT-12) -EMAILS AND TEXT MESSAGES FROM BOTH COMPANIES ABOUT THE STRUCTURE OF THE BUILDING, AND THE FULL REPORT WITH PICTURES OF THE BUILDING LOCATED ON 1493 MADISON STREET, CLARKSVILLE, TENNESSEE 37040; (EXHIBIT-13)-NATASHA

(SECOND PAGE FROM MOTION TO ENTER EVIDENCE)

DENISE HINTON FULL DISCOVERY PACK.

Natasha Denise Hinton
116 Commerce Street
Clarksville, Tn. 37040
July 9, 2025
270-498-5222

2 OF 2

| General Sessions/Circuit Court Montgomery County Clarksville, Tennessee | **MOTION** JUDGE WILLIAM GOODMAN | Case Number CC24-CR-938 |
|---|---|---|

STATE OF TENNESSEE vs. NATASHA DENISE HINTON

I, the undersigned, do hereby motion the Court for the following: **MOTION TO GRANT A BAIL TO RELEASE ON RECOGNIZANCE**

I NATASHA DENISE HINTON IS CURRENTLY IN CUSTODY AT THE MONTGOMERY COUNTY JAIL. I WAS ARRESTED ON DECEMBER 29, 2023 AND HAVEN'T BEEN RELEASED AS OF JULY 9, 2025. I HAVE ASKED FOR A BOND REDUCTION SEVEN TIMES AND THEY ALL HAVE BEEN DENIED. I AM ASKING THE COURT TO RELEASE ME ON MY OWN RECOGNIZANCE. I HAVE A PLACE TO GO TO, IN ERIN TENNESSEE, AND A JOB THAT IS LOCATED IN CLARKSVILLE TENNESSEE. I DON'T HAVE NO VIOLENT CRIME HISTORY OR MISSED ANY COURT HEARINGS. I HAVE A BOND ON CASES GS24-CR-805 AND G24-CR-807 FOR ONE VICTIM FOR $60,000 ON 2 COUNTS OF THEFT OF PROPERTY, CASE GS24-CR-812 FOR ONE VICTIM FOR $10,000 ON 1 COUNT OF THEFT OF PROPERTY, CASE GS24-CR-782 FOR ONE VICTIM FOR $50,000 ON 1 COUNT OF THEFT OF PROPERTY, A TOTAL OF $120,000 THAT WAS REDUCED ON JANUARY 31, 2024 FROM $270,000. A NEW SEALED INDICTMENT FOR THREE COUNTS OF THEFT OF PROPERTY WAS SERVED TO ME ON SEPTEMBER 13, 2024 WITH NO ADDITIONAL BOND. IF THE COURT GRANT MY MOTION, I PLEDGE THE HONOR TO RETURN FOR ALL HEARINGS AND THE TRIAL ON GOOD FAITH AT THE TIMES AND DATES. I NEED TO ENTER IN THE VIDEO FOOTAGE FOR EVIDENCE BEFORE THE TRIAL DATES. OR RECONSIDER MY BOND REDUCTION. ELIZABETH CATHERINE HAMER CASE # GS1-25-CR-5464 CHARGED FOR 6 COUNTS OF AGGRAVATED ASSAULT WITH A FIREARM, 2 ADULTS AND 4 CHILDREN, ONE HANDICAP. HER BOND WAS $25,000. IN 20 DAYS IT WAS SET FOR $50,000; MEGUIN GOODS CHARGES, 1 COUNT THEFT OF PROPERTY OVER $60,000, AND 29 COUNTS OF IDENTITY THEFT HER BOND SET FOR $30,000.00. JULY 16, 2025 MAKES 548 DAYS IN JAIL.

July 9, 2025
Date

Natasha Denise Hinton
Attorney/Defendant
116 Commerce Street
Street Address
Clarksville, Tn. 37040
City, State & Zip Code
270-498-5222
Phone Number

IN THE CIRCUIT COURT
FOR THE 19TH JUDICIAL DISTRICT
MONTGOMERY COUNTY, TENNESSEE AT CLARKSVILLE, DIVISION II

STATE OF TENNESSEE
PLAINTIFF

DOCKET NO. CC 24-CR-938

V.

JUDGE WILLIAM GOODMAN, III

NATASHA DENISE HINTON

## DEFENDANT LIST OF POTENTIAL WITNESSES

PURSUANT TO LOCAL RULE 24:01 OF THE CIRCUIT COURT OF MONTGOMERY COUNTY, THE DEFENDANT NATASHA DENISE HINTON HEREBY NOTIFIES THE STATE OF TENNESSEE, THAT THE FOLLOWING INDIVIDUALS MAY BE CALLED TO TESTIFY AS WITNESSES FOR NATASHA DENISE HINTON AT THE TRIAL OF THIS MATTER.

\* PLEASE NOTE THE WITNESSES ADDRESSES ARE IN CLARKSVILLE TENNESSEE, UNLESS SPECIFIED *

| WITNESS | LAST KNOWN ADDRESS | PHONE |
|---|---|---|
| 1. ANDY SHARE & ASSOCIATES, INC. ARCHITECTURAL PROJECT TEAM | 8211 W. BROWARD BLVD. SUITE 400 PLANTATION, FL. 33324 | 561-235-5695 |
| 2. ANDREW N. SHARE ARCHITECT | 1515 ROSEWOOD DRIVE SEVIERVILLE, TN. 37876 | 561-235-5695 |
| 3. DAVID SMITH, C. STREET DEPT. FORMER DIRECTOR - BUILDING & CODES | 199 SOUTH 10TH STREET CLARKSVILLE, TN. 37040 | 931-645-7464 |
| 4. MAT SMILY, COMMERCIAL DEPT. CLARKSVILLE BUILDING AND CODES | 100 SOUTH SPRING STREET CLARKSVILLE, TN. 37040 | 931-645-7426 |

1 OF 2
(9)

5. ASHLEY BROWN - ATTORNEY — 5424 BELL FORGE LN. E, ANTIOCH, TN. 37011 — 615-669-1025

6. FREDDY MONTGOMERY, CLARKSVILLE FIRE DEPARTMENT — 802 MAIN STREET, CLARKSVILLE, TN. 37040 — 931-645-7456

7. MIKE REED, CLARKSVILLE FIRE RESCUE — 802 MAIN STREET, CLARKSVILLE, TN. 37040 — 931-645-7456

8. REBECCA BECKER, MAGISTRATE, COMMISSIONER — 116 COMMERCE STREET, CLARKSVILLE, TN. 37040 — 931-648-0615

9. ROBERT NASH, CLARKSVILLE DISTRICT ATTORNEY GENERAL — 200 COMMERCE STREET STE. A, CLARKSVILLE, TN. 37040 — 931-648-5574

10. REID POLAND, JUDGE, CLARKSVILLE MONTGOMERY COUNTY IN TENNESSEE — 2 MILLENNIUM PLAZA STE. 115, CLARKSVILLE, TN. 37040 — 931-648-5700 Ext. 11601

11. CLARKSVILLE WATER AND GAS BUSINESS ACCT. REPRESENTATIVE — 2215 MADISON STREET, CLARKSVILLE, TN. 37043 — 931-645-7400

12. CLARKSVILLE DEPT. OF ELECTRICITY BUSINESS ACCT. REPRESENTATIVE — 2021 WILMA RUDOLPH BLVD., CLARKSVILLE, TN. 37040 — 931-542-2878

13. PIERRE SAAD - FORMER LANDLORD, SELLER, CONTRACTOR — 4933 ARCHIBALD AVE., RANCHO CUCAMONGA, CA. 91737 — 909-560-9898

14. SUSAN SAAD - FORMER LANDLORD, SELLER — 1520 N. PALM AVE., RIALTO, CALIFORNIA 92376 — 909-373-5266

15. WALK IN THE LIGHT ELECTRIC — 1955 MEMORIAL DR. APT. A-2, CLARKSVILLE, TN. 37043 — 314-409-2314

THANK YOU,

Natasha Denise Hinton
116 Commerce Street
Clarksville, Tn. 37040
June 19, 2025
270-498-5222

2 OF 2
(10)

IN THE CIRCUIT COURT
FOR THE 19th JUDICIAL DISTRICT
MONTGOMERY COUNTY, TENNESSEE AT CLARKSVILLE, DIVISION II

STATE OF TENNESSEE - PLAINTIFF          DOCKET NO. GS24-CR-805

V.

NATASHA DENISE HINTON - DEFENDANT       JUDGE WILLIAM GOODMAN, III

## MOTION TO DISMISS WITH PREJUDICE

*(ON GROUND OF 18 U.S.C. § 3161 TIME LIMITS AND EXCLUSIONS)*

* I NATASHA DENISE HINTON WAS ARRESTED ON DECEMBER 29, 2023 BECAUSE OF AN AFFIDAVIT COMPLAINT OLIVIA MENDONZA-JUAREZE FILED, SHE CLAIMED THE DEFENDANT STOLEN $3,800., IN U.S. CURRENCY FROM HER BECAUSE OF A LOSS. THE DEFENDANT WAS ARRESTED AND HER BAIL WAS SET FOR $50,000., THEN SOMEBODY ADDED A ONE (1) IN FRONT OF THE FIVE, MAKING THE BAIL SET FOR $150,000., ON JANUARY 31, 2024 DEFENDANT WENT TO COURT WHERE HER BAIL WAS REDUCED TO $50,000.. THE VICTIM WROTE A FALSE NAME ON THE CONTRACT AND THE POLICE REPORT.

I RECEIVED A NEW SEALED INDICTMENT ON SEPTEMBER 13, 2024 ON THREE (3) COUNTS OF THEFT OF PROPERTY. THE VICTIMS NAMES ARE HARDAN THOMAS, SHERONDA WILLIAMS-SMITH, AND PHELON SPENCER FOR EACH COUNT THAT WAS ON THE CAPIAS, ISSUED ON SEPTEMBER 9, 2024, SERVED TO ME ON SEPTEMBER 13, 2024. THE JUDGE ON THE CAPIAS IS JUDGE WILLIAM GOODMAN. OLIVIA MENDONZA-JUAREZE NAME WAS NOT ON THE CAPIAS.

* THE T.C.A. 40-13-301 CAPIAS FOR MORE THAN ONE (1) OFFENSE; (a) WHEN A DEFENDANT IS INDICTED FOR MORE THAN ONE (1) OFFENSE OF THE SAME CLASS OR GRADE, AT THE SAME TERM OF THE COURT, THE CLERK SHALL ISSUE BUT ONE (1) CAPIAS TO THE SAME COUNTY, WHICH SHALL SPECIFY ON IT'S FACE THE NUMBER OF CASES FOR WHICH THE DEFENDANT ARE INDICTED, AT THAT TERM OF THE COURT OF THE SAME GRADE OR CLASS; (b) THE SHERIFF OR OTHER OFFICER ARRESTING THE DEFENDANT SHALL IF BAIL GIVEN, TAKE BOND IN A SUM SUFFICIENT TO COVER ALL THE CASE MENTIONED IN THE CAPIAS. I SIGNED THE DOCUMENTS AND THE CAPIAS, AND GOT COPIES MADE.

* I THE DEFENDANT MOTION TO DISMISS WITH PREJUDICE BASED ON THE GROUND ① THE GOVERNMENT FAILURE TO TIMELY SECURE THE INDICTMENT. 541 DAYS HAS PASSED AN STILL NO CAPIAS; ② FRAUDLENT EVIDENCE TO ACCOMPLISH AN ULTERIOR MOTIVE TO MALICIOUS PROSECUTE AN INNOCENT PERSON; ③ BEING PROSECUTED ON ULTERIOR MOTIVE TO EXTORT PAYMENT FOR A CIVIL DEBT THAT SHE DID NOT RECEIVE OR STEAL; ④ CONTRIBUTORY NEGLIGENCE; ⑤ T.C.A. 40-13-109 REQUIRING INDICTMENT FOR FELONY OFFENSES TO BE ENTERED INTO THE COURT'S MINUTES, AND DISTRICT ATTORNEY GENERAL DID NOT SIGN THE INDICTMENT. SEE TENN. CONST. ART. VI, § 5; T.C.A. 8-7-103(1),(2),(4)

Natasha Denise Hinton
116 Commerce Street
Clarksville, TN. 37040
July 9, 2025
270-498-5222

IN THE CIRCUIT COURT
FOR THE 19th JUDICIAL DISTRICT
MONTGOMERY COUNTY, TENNESSEE AT CLARKSVILLE, DIVISION II

STATE OF TENNESSEE - PLAINTIFF          DOCKET NO. GS24-CR-807

V.

NATASHA DENISE HINTON - DEFENDANT      JUDGE WILLIAM GOODMAN, III

## MOTION TO DISMISS WITH PREJUDICE

*(ON GROUND OF 18 U.S.C. § 3161 TIME LIMITS AND EXCLUSIONS)*

*I NATASHA DENISE HINTON WAS ARRESTED ON DECEMBER 29, 2023 BECAUSE OF AN AFFIDAVIT COMPLAINT OLIVIA JUAREZE FILED. SHE CLAIMED THE DEFENDANT STOLEN ITEMS THAT VALUE TO $3,270.00 PUT HER IN A LOSS. OLIVIA JUAREZE STATED IN HER AFFIDAVIT COMPLAINT THAT DEFENDANT WOULD NOT ALLOW HER IN THE BUSINESS TO RETRIEVE THE ITEMS AT ROYALTIES EVENT CENTER LLC. SHE STATED SHE RENTED THE ITEMS FOR $200 A PIECE FROM A DIFFERENT ENTITY THAT BROUGHT THE ITEMS TO ROYALTIES EVENT CENTER LLC AT THE PRELIMINARY HEARING ON JANUARY 31, 2024. SHE ALSO SAID AT THE PRELIMINARY HEARING SHE GOT THE TABLES FROM HER HOUSE. THAT WAS NEVER PUT OR SAID IN THE AFFIDAVIT COMPLAINT DETECTIVE JASON KURTICH FILED WHEN HE FILLED OUT THE POLICE REPORT. EVEN THOUGH OLIVIA JUAREZE SIGNED A FALSE NAME ON THE CONTRACT. SHE ALSO HAD BUSINESS ENTITY WALK IN THE LIGHT ELECTRIC DO SOME WORK THAT WAS NOT APPOVED BY NO MEMBER OF ROYALTIES EVENT CENTER LLC., OR ROYALTIES EVENT CENTER SHE VIOLATED THE RULES, REGULATIONS AND POLICIES OF THE BUSINESSES CAUSING CONTRIBUTORY NEGLIGENCE.

*T.C.A. 39-14-103 THEFT OF PROPERTY IS @ A PERSON COMMITS THEFT OF PROPERTY IF, WITH INTENT TO DEPRIVE THE OWNER OF PROPERTY, THE PERSON KNOWINGLY OBTAINS OR EXERCISES CONTROL OVER THE PROPERTY WITHOUT THE (OWNER'S EFFECTIVE CONSENT)

*I DEMAND THE COURT TO DISMISS THIS CHARGE ON THE GROUD: ① ACCORDING TO THE AFFIDAVIT COMPLAINT OLIVIA JUAREZE DID NOT OWN THE ITEMS SHE MADE THE COMPLAINT ABOUT; ② A NEW SEALED INDICTMENT CAPIAS WAS SERVED TO THE DEFENDANT ON SEPTEMBER 13, 2024, WITH THREE COUNTS OF THEFT OF PROPERTY AND HER NAME WAS WAS NOT ON THE CAPIAS; ③ THE GOVERNMENT FAILURE TO TIMELY SECURE THE INDICTMENT, 541 DAYS HAS PASSED AND STILL NO CAPIAS; ④ THE FRAUDLENT EVIDENCE TO ACCOMPLISH AN ULTERIOR MOTIVE TO MALICIOUS PROSECUTE AN INNOCENT PERSON; ⑤ CONTRIBUTORY NEGLIGENCE; ⑥ T.C.A. 40-13-109 REQUIRING INDICTMENT FOR FELONY OFFENSES TO BE ENTERED INTO THE COURT'S MINUTES; AND DISTRICT ATTORNEY DID NOT SIGN THE INDICTMENT. SEE TENN. CONST. ART. VI, § 5; T.C.A. 8-7-103(1), (2), (4)

Natasha Denise Hinton
116 Commerce Street
Clarksville, Tn. 37040
July 9, 2025
270-498-5222

1 OF 1

IN THE CIRCUIT COURT
FOR THE 19th JUDICIAL DISTRICT
MONTGOMERY COUNTY, TENNESSEE AT CLARKSVILLE, DIVISION II

STATE OF TENNESSEE - PLAINTIFF          DOCKET NO. GS24-CR-782

V.

NATASHA DENISE HINTON - DEFENDANT       JUDGE WILLIAM GOODMAN, III

## MOTION TO DISMISS WITH PREJUDICE

*(ON GROUND OF 18 U.S.C. §3161 TIME LIMITS AND EXCLUSIONS)*

I NATASHA DENISE HINTON WAS ARRESTED ON DECEMBER 29, 2023 BECAUSE OF AN AFFIDAVIT COMPLAINT LORETTA FORTE-ROGERS FILED. SHE CLAIMED THE DEFENDANT STOLEN $1,150., IN U.S. CURRENCY FROM HER BECAUSE OF A LOSS. THE NAME AND D.O.B WAS NOT THE DEFENDANT'S. THE DEFENDANT WAS ARRESTED, AND HER BAIL WAS SET FOR $100,000., ON JANUARY 31, 2024 DEFENDANT WENT TO COURT WHERE HER BAIL WAS REDUCED TO $50,000., AND THE DISCREPANCY OF THE DEFENDANT'S NAME AND D.O.B. REMAINED THE SAME, NATASHIA HINTON, D.O.B. 9-6-76.

I RECEIVED A NEW SEALED INDICTMENT ON SEPTEMBER 13, 2024 ON THREE (3) COUNTS OF THEFT OF PROPERTY. THE VICTIMS NAMES ARE HARDAN THOMAS, SHERONDA WILLIAMS-SMITH, AND PHELON SPENCER FOR EACH COUNT THAT WAS ON THE CAPIAS. ISSUED ON SEPTEMBER 9, 2024 SERVED TO ME ON SEPTEMBER 13, 2024. THE JUDGE ON THE CAPIAS IS JUDGE WILLIAM GOODMAN. LORETTA FORTE-ROGERS NAME WAS NOT ON THE CAPIAS.

THE T.C.A. 40-13-301. CAPIAS FOR MORE THAN ONE (1) OFFENSE; (a) WHEN A DEFENDANT IS INDICTED FOR MORE THAN ONE (1) OFFENSE OF THE SAME CLASS OR GRADE, AT THE SAME TERM OF THE COURT, THE CLERK SHALL ISSUE BUT ONE (1) CAPIAS TO THE SAME COUNTY, WHICH SHALL SPECIFY ON IT'S FACE THE NUMBER OF CASES FOR WHICH THE DEFENDANT IS INDICTED, AT THAT TERM OF THE COURT, OF THE SAME GRADE OR CLASS; (b) THE SHERIFF OR OTHER OFFICER ARRESTING THE DEFENDANT SHALL IF BAIL IS GIVEN, TAKE BOND IN A SUM SUFFICIENT TO COVER ALL THE CASES MENTIONED IN THE CAPIAS. I SIGNED THE DOCUMENTS AND THE CAPIAS, AND GOT COPIES MADE.

I THE DEFENDANT MOTION TO DISMISS WITH PREJUDICE BASED ON THE GROUND: (1) THE GOVERNMENT FAILURE TO TIMELY SECURE THE INDICTMENT, 541 DAYS HAS PASSED AND STILL NO CAPIAS; (2) FRAUDULENT EVIDENCE TO ACCOMPLISH AN ULTERIOR MOTIVE TO MALICIOUS PROSECUTE AN INNOCENT PERSON; (3) BEING PROSECUTED ON ULTERIOR MOTIVE TO EXTORT PAYMENT FOR A CIVIL DEBT THAT SHE DID NOT RECEIVE OR STEAL; (4) CONTRIBUTORY NEGLIGENCE; (5) T.CA 40-13-109 REQUIRING INDICTMENT FOR FELONY TO BE ENTERED INTO THE COURT'S MINUTES, AND DISTRICT ATTORNEY GENERAL DID NOT SIGN THE INDICTMENT, SEE TENN. CONST. ART. VI, §5; T.C.A. 8-7-103 (1), (2), (4)

_Natasha Denise Hinton_    116 COMMERCE STREET    CLARSVILLE, TN. 37040
July 9, 2025              270-498-5222

# IN THE CIRCUIT COURT
# FOR THE 19th JUDICIAL DISTRICT
# MONTGOMERY COUNTY, TENNESSEE AT CLARKSVILLE, DIVISION II

STATE OF TENNESSEE - PLAINTIFF        DOCKET NO. GS24-CR-812

V.

NATASHA DENISE HINTON - DEFENDANT     JUDGE WILLIAM GOODMAN, III

## MOTION TO DISMISS WITH PREJUDICE

*(ON GROUND OF 18 U.S.C. § 3161 TIME LIMITS AND EXCLUSIONS)*

* I NATASHA DENISE HINTON WAS ARRESTED ON DECEMBER 29, 2023 BECAUSE OF AN AFFIDAVIT COMPLAINT JEANETTE STEPHENS FILED. SHE CLAIMED THE DEFENDANT STOLEN $2,250. IN U.S. CURRENCY FROM HER BECAUSE OF A LOSS. THE DEFENDANT WAS ARRESTED AND HER BAIL WAS SET FOR $10,000. ON JANUARY 31, 2024 DEFENDANT WENT TO COURT WHERE HER BAIL WAS NOT REDUCED.

* I RECEIVED A NEW SEALED INDICTMENT ON SEPTEMBER 13, 2024 ON THREE (3) COUNTS OF THEFT OF PROPERTY. THE VICTIMS NAMES ARE HARDAN THOMAS, SHERONDA WILLIAMS-SMITH, AND PHELON SPENCER FOR EACH COUNT THAT WAS ON THE CAPIAS, ISSUED ON SEPTEMBER 9, 2024 SERVED TO ME ON SEPTEMBER 13, 2024. THE JUDGE ON THE CAPIAS IS JUDGE WILLIAM GOODMAN. JEANETTE STEPHENS NAME WAS NOT ON THE CAPIAS.

* THE T.C.A. 40-13-301, CAPIAS FOR MORE THAN ONE OFFENSE; (a) WHEN A DEFENDANT IS INDICTED FOR MORE THAN ONE (1) OFFENSE OF THE SAME CLASS OR GRADE, AT THE SAME TERM OF THE COURT, THE CLERK SHALL ISSUE BUT ONE (1) CAPIAS TO THE SAME COUNTY, WHICH SHALL SPECIFY ON ITS FACE THE NUMBER OF CASES FOR WHICH THE DEFENDANT ARE INDICTED, AT THAT TERM OF THE COURT, OF THE SAME GRADE OR CLASS; (b) THE SHERIFF OR OTHER OFFICER ARRESTING THE DEFENDANT SHALL IF BAIL IS GIVEN, TAKE BOND IN A SUM SUFFICIENT TO COVER ALL THE CASES MENTIONED IN THE CAPIAS. I SIGNED THE DOCUMENTS AND THE CAPIAS, AND GOT COPIES MADE.

* I THE DEFENDANT MOTION TO DISMISS WITH PREJUDICE BASED ON THE GROUND: (1) THE GOVERNMENT FAILURE TO TIMELY SECURE THE INDICTMENT, 541 DAYS HAS PASSED AND STILL NO CAPIAS; (2) FRAUDULENT EVIDENCE TO ACCOMPLISH AN ULTERIOR MOTIVE TO MALICIOUS PROSECUTE AN INNOCENT PERSON; (3) BEING PROSECUTED ON ULTERIOR MOTIVE TO EXTORT PAYMENT FOR A CIVIL DEBT THAT SHE DID NOT RECEIVE OR STEAL; (4) CONTRIBUTORY NEGLIGENCE; (5) T.C.A 40-13-109 REQUIRING INDICTMENT FOR FELONY OFFENSES TO BE ENTERED INTO THE COURT'S MINUTES, AND DISTRICT ATTORNEY GENERAL DID NOT SIGN THE INDICTMENT, SEE TENN. CONST. ART. VI, § 5; T.C.A. 8-7-103(1),(2),(4)

Natasha Denise Hinton
116 Commerce Street
Clarksville, Tn. 37040
July 9, 2025
270-498-5222

1 OF 1

Case 3:25-cv-01026    Document 1-2    Filed 09/11/25    Page 12 of 17 PageID #: 17

# IN THE CIRCUIT COURT
## FOR THE 19th JUDICIAL DISTRICT
### MONTGOMERY COUNTY, TENNESSEE AT CLARKSVILLE, DIVISION II

STATE OF TENNESSEE - PLAINTIFF

DOCKET NO. CC24-CR-938

V.

NATASHA DENISE HINTON - DEFENDANT

JUDGE WILLIAM GOODMAN, III

## MOTION TO DISMISS INDICTMENT WITH PREJUDICE

* INDICTMENT ON CAPIAS # CC24-CR-938 FOR THREE COUNTS OF THEFT OF PROPERTY ON VICTIMS PHELON SPENCER, HARDAN THOMAS, AND SHERONDA WILLIAMS-SMITH THAT WAS ISSUED ON SEPTEMBER 9, 2024 AND SERVED ON SEPTEMBER 13, 2024, TO DEFENDANT.

* THE GENUINE LEGAL DISPUTS ARE REALLY BETWEEN THE PARTIES, IN CIVIL COURT.

* I DEFENDANT DEMANDS THE INDICTMENT BE DISMISSED ON THE GROUND:
  1) THE VICTIMS NEVER GAVE THE DEFENDANT ANY PROPERTY, THAT WOULD CAUSE INTENT TO DEPRIVE, KNOWINGLY OBTAIN OR EXERCISES CONTROL OVER THE PROPERTY WITHOUT THE OWNER'S EFFECTIVE CONSENT: (a) FALSE AFFIDAVIT OF STOLEN CURRENCY; (b) MAKING FALSE STATEMENT THAT DEFENDANT OBTAIN THE OWNER'S CURRENCY WITHOUT THE OWNER'S EFFECTIVE CONSENT; (c) FRAUDULENT EVIDENCE TO ACCOMPLISH AN ULTERIOR MOTIVE TO MALICIOUS PROSECUTE AN INNOCENT PERSON; (d) THE DEFENDANT IS BEING PROSECUTED ON ULTERIOR MOTIVE TO EXTORT PAYMENT OF A CIVIL DEBT THAT SHE DID NOT PERSONALLY RECEIVE; (e) THE INDICTMENT DID NOT DESCRIBE THE CURRENCY ALLEGED TO HAVE BEEN STOLEN BY DENOMINATION OR REQUIRED BY LAW; (f) BURIED, MATERIAL FACT EVIDENCE, THE TRANSCRIPT AND ARCHITECT PLANS BUILDING AND CODES, FIRE DEPARTMENT, AND THE CLARKSVILLE FIRE RESCUE HAVE THAT PROVES 1493 MADISON STREET, CLARKSVILLE, TENNESSEE 37040, BUILDING HAS A PERMIT TO CONDUCT AN ASSEMBLY BUSINESS IN THAT BUILDING, AND THE MAXIMUM OCCUPANCY LOAD THAT WAS GIVING IS 240 PEOPLE WHO WAS LEGALLY ALLOWED IN THE BUILDING AT THE SAME TIME, THAT WAS APPROVED BY BOTH OF THE CLARKSVILLE CITY BUSINESS ENTITIES; (g) MISUSE OF A LEGITIMATE LEGAL PROCESS WITHOUT REASONABLE GROUNDS TO BELIEVE THE DEFENDANT IS GUILTY OF THEFT OF PROPERTY, FALSE AFFIDAVIT TO ABUSE OF PROCESS; (h) FAIL TO PROPERLY INTERPRET FACTS OF CASE, THE CASE LAW AND THE STATUTE; CONTRIBUTORY NEGLIGENCE, "CIRCUMSTANTIAL EVIDENCE."

*Natasha Denise Hinton*
116 Commerce Street
Clarksville, Tn. 37040
July 9, 2025
270-498-5222

1 OF 1

Case 3:25-cv-01026   Document 1-2   Filed 09/11/25   Page 13 of 17 PageID #: 18

IN THE CIRCUIT COURT
FOR THE 19th JUDICIAL DISTRICT
MONTGOMERY COUNTY, TENNESSEE AT CLARKSVILLE, DIVISION II

STATE OF TENNESSEE - PLAINTIFF          DOCKET NO. CC24-CR-938

V.

NATASHA DENISE HINTON - DEFENDANT       JUDGE WILLIAM GOODMAN, III

## MOTION FOR A CONTINUANCE REGARDING THE DISCOVERY

REGARDING THE DISCOVERY THAT IS STATED IN THE AFFIDAVIT COMPLAINT, THE DEFENDANT NATASHA DENISE HINTON, IS ASKING FOR A CONTINUANCE ON THE GROUNDS:

1) DEFENDANT HAS NOT RECEIVED THE FULL DISCOVERY PACK FOR HER CASE. THE DISCOVERY DOCUMENTS I RECEIVED WAS WITHIN 111 PAGES. I GAVE A COPY TO THE U.S. FEDERAL COURT IN MIDDLE DISTRICT OF TENNESSEE.

(A) THE TRANSCRIPT IS MISSING FROM CLARKSVILLE BUILDING AND CODES COURT THAT WAS HELD ON MAY 25, 2023 AT ABOUT 10:00 AM. (A-1) THAT WILL SHOW PROOF IF THE DEFENDANT WAS IN VIOLATION WITH BUILDING AND CODES; (A-2) PROOF OF THE DATES THE DEFENDANT SUPPOSEDLY HAVE COMMITTED VIOLATIONS; (A-3) A COPY OF SUSAN SAAD FORMER LANDLORD/SELLER VIOLATIONS THAT WAS ALLEGEDLY COMMITTED ON PROPERTY 1493 MADISON STREET, CLARKSVILLE, TN. 37040; (A-4) A COPY OF WHEN THE BUILDING WAS DEEMED (THE PROPERTY ADDRESS IS IN (A-3)) TO HAVE BEEN UNSAFE TO USE; (A-5) A COPY OF THE INSPECTION THAT DEEMED THE BUILDING STRUCTURE WALLS, OR FOUNDATION) UNSAFE FOR A PERMANENT UNUSE OF A BUSINESS TO HAVE A BUSINESS IN THE COMMERCIAL BUILDING.

(B) A COPY OF THE ARCHITECT PLANS TO THE BUILDING (PROPERTY ADDRESS IS IN (A-3)) THAT WAS APPROVED FOR AN ASSEMBLY AND MERCANTILE BUSINESS; (B-1) A COPY OF 240 OCCUPANCY LOAD THAT WAS APPROVED BY THE CLARKSVILLE FIRE DEPT., CLARKSVILLE FIRE RESCUE, AND CLARKSVILLE BUILDING AND CODES; (B-2) A COPY OF THE REPORT ON OCTOBER 14, 2023, OF ALL THE NAMES OF THE FIREFIGHTERS THAT WENT TO 1493 MADISON STREET, CLARKSVILLE, TN. 37040 WHEN THE ALARM COMPANY CALLED THEM; (B-3) COPY OF EACH FIREFIGHTER STATEMENTS.

* ALL THE MISSING EVIDANCE FROM THE DISCOVERY, AN OR IT HAS BEEN BURIED, BECAUSE IT WAS PROPAGANDA TO MANIPULATE, INFLUENCE THE COMMUNITY TO BE PREJUDICE AND LOPSIDED WITH THE INFORMATION THAT WAS GIVING IN THE DISCOVERY GATHERED BY THE CITY OF CLARKSVILLE OFFICIALS & ATTORNEYS.

Natasha Denise Hinton
116 COMMERCE STREET
CLARKSVILLE, TN. 37040
July 9, 2025
270-498-5222

IN THE CIRCUIT COURT
FOR THE 19th JUDICIAL DISTRICT
MONTGOMERY COUNTY, TENNESSEE AT CLARKSVILLE, DIVISON II

STATE OF TENNESSEE - PLAINTIFF    DOCKET NO. CC24-CR-938

V.

NATASHA DENISE HINTON - DEFENDANT    JUDGE WILLIAM GOODMAN, III

MOTION TO RECUSE OF THE JUDGE AND THE CITY OF CLARKSVILLE OFFICIAL WITNESSES

* I DEFENDANT NATASHA DENISE HINTON, ASK JUDGE WILLIAM GOODMAN III AND THE CITY OF CLARKSVILLE OFFICIAL WITNESSES TO RECUSE THEMSELVES. IN A PRIOR MOTION TO THIS ONE. JUDGE GOODMAN IN A HOSTILE MANNER, AS IF HE WERE A HOSTILE WITNESS IN THIS LEGAL CASE WHO WERE SUPPORTING THE OPPOSING SIDE ALREADY. HE SAID, "YOU HAVE A SUIT AGAINST ALL THE JUDGES IN THE 19TH DISTRICT," HE ASKED ME WHY? AND YELLED SPEAK UP! HE THEN SAID, HE WAS NOT GOING TO RECUSE HIMSELF. I DEFENDANT MOTION TO RECUSE OF THE JUDGE AND THE CITY OF CLARKSVILLE OFFICIAL WITNESSES, ON THE GROUND;

* OF OWING A POTENTIAL FOR THE APPEARANCE OF PERSONAL BIAS, PREJUDICE AND AN INTEREST IN THE PROCEEDING, JUDGE GOODMAN AND THE CITY OF CLARKSVILLE OFFICIAL WITNESSES, HAVE THE AUTHORITY TO RECUSE THEMSELVES FROM PARTICIPATION IN THE LEGAL PROCEEDING BECAUSE OF THEIR BASIS FOR PERCEIVING A SIGNIFICANT PERSONAL INTEREST OF THE JUDGE AND THE CITY OF CLARKSVILLE OFFICIALS, WITNESSES, THAT WILL AFFECT THE CASE. THE PROBLEM IS COMPOUNDED BY THE BELIEF THAT JUDGE GOODMAN AND THE CITY OFFICIALS ARE CAPABLE OF IGNORING THE PERSONAL BIAS AND INTEREST TO ACT FAIRLY. I BELIEVE THAT THERE IS A REASONABLE BASIS IN THE PARTICULAR FACTS AND CIRCUMSTANCES OF THE CASE TO BE AFFECTING ALL EQUALLY AND NOT BIAS OR PREJUDICE.

* I BELIEVE THE JUDGE AND OFFICIALS WILL NOT BASE THE DECISION ON THE MERITS OF THE CASE IN THE FACTS AND THE LAW ALONE. AGAIN. I ASK THEM TO RECUSE THEMSELVES FROM THE PROCEEDING AND ALLOW ANOTHER JUDGE AND CITY OFFICIALS TO TAKE THAT PLACE FOR THAT ACTION.

* IT IS MY CONSTITUTIONAL RIGHT TO A FAIR AND IMPARTAL JUDGE, AND IF THE JUDGE AND ADMINISTRATOR OFFICIALS WHOSE INTEREST IN THE CASE AND POTENTIAL TO FAVOR ONE PARTY, OR ANOTHER IS APPARENT TO A REASONABLE OBSERVER, THEN FAILURE TO RECUSE WILL BE VIOLATING THE DUE PROCESS CLAUSES OF THE CONSTITUTION.

* THE JUDGE HAVING JURISDICTION OF THE CAUSE SHOULD ABSTAIN FROM DECIDING ON THE GROUD OF INTEREST AND FOR A LEGAL OBJECTION TO HIS PERSONAL BIAS, AND PREJUDICE.

* It EXTEND TO ALL THE JUDGES, AS THE PARTY HAS A SUIT AGAINST THE WHOLE COURT, JUDGE GOODMAN IS FORCING ME TO KEEP ATTORNEY CRYSTAL MYERS-LEWIS, AFTER HE WAS PUT ON NOTICE ABOUT THE SUIT AND HER NEGLIGENT OF MISREPRESENTATION. JUDGE GOODMAN IS ALLOWING HER TO CONTINUE TO PUT MY CASE AND TRIAL IN JEOPARDY, AS OF JULY 16, 2025, JUDGE READ 2 OLD MOTIONS HE ALREADY DENIED ON MAY 19, 2025, HE WOULD NOT READ THE NEW MOTIONS THAT I WORKED ON ASKING FOR JULY 9, 2025.

Natasha Denise Hinton
116 Commerce Street
Clarksville, TN. 37040
July 18, 2025
270-998-5222

(B)

THIS NEED TO BE FILED AT THE U.S. DISTRICT COURT FOR
NOTICE OF REMOVAL TO THE U.S. DISTRICT COURT

Natasha Denise Hinton "73657"
116 Commerce Street
Clarksville, TN. 37040
Sent Out: Sept. 8, 2025
2 OF 2

United States District Court (Clerk)
719 Church Street, Suite 1300
Nashville, Tennessee 37203

Natasha Denise Hinton "73657"
116 Commerce Street
Clarksville, TN. 37040
Sent Out: Sept 8, 2025
1 OF 2

United States District Court
719 Church Street Ste. 1300 Clerk
Nashville, TN. 37203

LEGAL MAIL

RECEIVED
SEP 11 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

RECEIVED
SEP 11 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN